UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

M. JOHNNY PIKE,                          )
                                         )
                    Plaintiff,           )
                                         )
vs.                                      )          **JUDGMENT**
                                         )          7:25-cv-1612-D
PRUDENTIAL INSURANCE                     )
COMPANY, VETERS GROUP LIFE               )
INSURANCE,                               )
                                         )
                    Defendants.          )
                                         )

**Decision by Court.**

**This action came before the Honorable James C. Dever III, United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court grants defendants' motion to dismiss and DISMISSES WITH PREJUDICE plaintiff's amended verified complaint [D.E. 1-1].

This Judgment filed and entered on June 17, 2026, and copies to:
Vincent Mark Smolczynski (via CM/ECF electronic notification)


 June 17, 2026                              Peter A. Moore, Jr.
                                           Clerk of Court




                                   By: /s/ Amber Harrison
                                       Deputy Clerk